IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

| | |
|---|---|
| SMA, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>CHIEF INDUSTRIES, INC., AND DYER CONSTRUCTION COMPANY OF AMERICA,<br><br>    Defendants. | CASE NO.  3:17-cv-03021-RAL<br><br>**STIPULATION AND JUDGMENT FOR DISMISSAL** |

## STIPULATION

COMES NOW the above-named parties, by and through their respective attorneys of record and stipulate that the Court may enter and ORDER dismissing Plaintiff's claim against Defendants with Prejudice.

Dated this 4th day of August, 2020.

SHUCK LAW FIRM

/s/ Daniel B. Shuck
DANIEL B. SHUCK  SBSD#3563
US Bank Building
501 Pierce Street, Suite 205
Sioux City, Iowa 51101
(712) 258-0121
(712) 258-0125 (Fax)
Dan@shucklawfirm.com
ATTORNEY FOR PLAINTIFF

Dated: July 13th, 2020

[signature]
Chief Industries, Inc.

[signature] Attny for Chief
7-13-20

Dated: July 21, 2020

_____
Dyer Construction Company of America

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

| | |
|---|---|
| SMA, LLC,<br><br>　　Plaintiff,<br><br>vs.<br><br>CHIEF INDUSTRIES, INC., AND DYER CONSTRUCTION COMPANY OF AMERICA,<br><br>　　Defendants. | CASE NO. 3:17-cv-03021-RAL<br><br>**ORDER** |

## ORDER

The Stipulation of the parties for dismissal of Plaintiff's claim having been presented to the Court,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the claim of the Plaintiff may be and the same hereby is dismissed upon the merits, with prejudice.

Dated this ____ day of August, 2020.

BY THE COURT:

_____
ROBERTO A. LANGE
CHIEF JUDGE